# Third District Court of Appeal
## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1967
Lower Tribunal No. 12-4436 SP
_____

**Florida Institute for Pain, Inc. a/a/o Otalio Sosa**,
Appellant,

vs.

**United Automobile Insurance Company**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Patricia Marino Pedraza, Judge.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellant.

Cole Scott & Kissane, P.A., and Michael A. Rosenberg (Plantation), for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.